**92–1225.** Ohio Chemical Recyclers Assn. v. Fisher. *Franklin County*, No. 91AP–1255. Cause dismissed, on appellant's application to dismiss, effective December 22, 1992.

*Thursday, December 24, 1992*

## DISCIPLINARY DOCKET

**91–1763.** Toledo Bar Assn. v. Sanders. This cause came on for further consideration upon respondent's request for stay of suspension. Upon consideration thereof,

IT IS ORDERED by the court, effective December 22, 1992, that said request for stay of suspension be, and the same is hereby, denied, in that all filings relating to this matter have been submitted to and considered by the court before the court issued its disciplinary entry on December 11, 1992.

DOUGLAS, H. BROWN and RESNICK, JJ., dissent and would grant the stay.

*Tuesday, December 29, 1992*

## MOTION DOCKET

**91–2294.** State ex rel. Weiss v. Indus. Comm. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's request for extension of time to file a motion for reconsideration,

IT IS ORDERED by the court that said request for extension be, and the same is hereby, denied, effective December 22, 1992.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

**92–1621.** Toledo v. Parker. *Lucas County*, No. L–91–207. On motion and cross-motion to certify the record. Motions allowed.

SWEENEY, HOLMES and H. BROWN, JJ., dissent.

JOHN W. MCCORMAC, J., of the Tenth Appellate District, sitting for RESNICK, J.

## REHEARING DOCKET

**91–1763.** Toledo Bar Assn. v. Sanders. On joint motion for rehearing. Motion granted; the opinion announced to the public on December 11, 1992 is vacated; monitoring of respondent is to continue; this cause is remanded to the Toledo Bar Association and the Board of Commissioners on Grievances and Discipline for further consideration of this cause, including all complaints, and for further proceedings, including a recommended disposition.

## MISCELLANEOUS DISMISSALS

**92–2325.** State ex rel. Sours v. Indus. Comm. *Franklin County*, No. 91AP–1363. Cause dismissed, on appellant's application to dismiss, effective December 22, 1992.